## Important Privacy Notice

REC'D JUN ⊢ 8 2026

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

REC'D JUN - 3 2026

Mr. Kemal Moise

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Philadelphia Phillies MLB

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | Mr. Kemal Moise |
| | Street Address | 1817 68 ave |
| | County, City | Philadelphia Philadelphia |
| | State & Zip Code | Pennsylvania 19126 |
| | Telephone Number | 267-586-5064 |

*Rev. 10/2009*

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name  _Philadelphia Phillies MLB_

Street Address  _Citizen Bank_

County, City  _Phila, Philadelphia_

State & Zip Code  _Pennsylvania  19126_

Defendant No. 2

Name  _____

Street Address  _____

County, City  _____

State & Zip Code  _____

Defendant No. 3

Name  _____

Street Address  _____

County, City  _____

State & Zip Code  _____

Defendant No. 4

Name  _____

Street Address  _____

County, City  _____

State & Zip Code  _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
      Q  Federal Questions          (Q  Diversity of Citizenship)

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  _Rasicm, Unequal rights, Rasicm adverse prejudice_ _____

_____

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___Pennsylvania___

Defendant(s) state(s) of citizenship _____

## III.  Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? _Philadelphia, PA_ _1 Citizen Bankway 19148_

B.  What date and approximate time did the events giving rise to your claim(s) occur? _____ _Establish to Present_

C.  Facts: _Philadelphia Phillies_

_Rasicm & diverse & Prejudice_

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

*Rev. 10/2009*
- 3 -

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. It made me & Friends & Family think they only have White or Anglo Saxon male!

Assualted froAttorney Kevin McNulty & Sean Kirby Verbally.

Example: For the Philadelphia Phillies; Don Mattingly Rob Thomson

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Rasicm & deverse & Prejudice

I'm Seeking Compensation ------- ;for $400,000,000.00.

I work at the Parks or out of State career while Waiting for my Sottlement with Sean Kirby & Kevin McNulty.

Rev. 10/2009                                    - 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ~~Mon~~ day of ~~June 1~~_____, 20 ~~26~~.

Signature of Plaintiff ___M. Kent L___

Mailing Address ___1817 68 ave___
___Philadelphia PA 19126___

Telephone Number ___267-586-5084___

Fax Number *(if you have one)* _____

E-mail Address ___Kmo1269@gmail.com___

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: ___Mr Kent L___
Inmate Number _____